UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN MCNEAL<br><br>    Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, and DOES 1 TO 20,<br><br>    Defendants. | Case No.: 2:22-cv-01148-WBS-AC<br>*[Shasta County Superior Court Case No.: SCRDCVPO22-0199012]*<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>[Assigned to Hon. William B. Shubb, District Judge; Hon. Allison Claire, Magistrate Judge]<br><br>Complaint Filed: January 28, 2022 |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff, NATHAN MCNEAL is hereby dismissed in its entirety, with prejudice.

Dated: September 16, 2022

        */s/ William B. Shubb*
        WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE

**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**